Danny H. Cooprider
1703 W. Rovey Ave.
Phoenix, AZ 85015
Telephone: 303-378-8161
Email: dhcooprider@gmail.com
Plaintiff, *In Propria Persona*

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 1 5 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DANNY H. COOPRIDER | Case No.: CV-26-1602-PHX-DWL |
| Plaintiff, | |
| vs. | STIPULATED MOTION TO STAY ACTION PENDING PERFORMANCE OF SETTLEMENT AGREEMENT |
| C.A.T. EXTERIORS, INC., AN ARIZONA CORPORATION; KENSINGTON MARKETING GROUP, LLC, A WYOMING LIMITED LIABILITY COMPANY; AND RYAN T. CONNET, AN INDIVIDUAL, | |
| Defendant | |

Plaintiff Danny H. Cooprider, *in propria persona*, with the stipulation of Defendants C.A.T. Exteriors, Inc., Kensington Marketing Group, LLC, and Ryan T. Connet, pursuant to the Parties' fully executed Settlement Agreement dated May 7, 2026, respectfully requests that the Court stay this Action through and including June 19, 2026, pending completion of the Parties' performance under the Settlement Agreement.

Upon Plaintiff's receipt of the final installment payment in cleared funds, Plaintiff will file a Stipulation of Dismissal with prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

STIPULATED MOTION TO STAY ACTION PENDING PERFORMANCE OF SETTLEMENT AGREEMENT - 1

The Parties request that the Court retain jurisdiction throughout the stay period and following any dismissal of this Action to enforce the terms of the Settlement Agreement.

Dated this 13th day of May, 2026.

_____

Danny H. Cooprider, *In Propria Persona*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2026, I filed the foregoing Stipulated Motion to Stay Action Pending Performance of Settlement Agreement with the Clerk of the United States District Court, District of Arizona, and served a copy of the foregoing by U.S. first-class mail and electronic mail, addressed as follows:

Matthew Pitts, Esq.

Pitts Law PLLC

14314 S. Fort Pierce Way

Herriman, UT 84096

matt@pittslawyer.com

*Settlement counsel for Defendants*

C.A.T. Exteriors, Inc.

c/o Registered Agents Inc.

4539 N. 22nd St., Ste. R

Phoenix, AZ 85016

*Defendant — via registered agent*

Kensington Marketing Group, LLC

c/o Rick R. Emmett

STIPULATED MOTION TO STAY ACTION PENDING PERFORMANCE OF SETTLEMENT AGREEMENT - 3

10 Pointe Drive, Suite 150

Brea, CA 92821

*Defendant — via registered agent*

Ryan T. Connet

217 N. Roosevelt Ave.

Fullerton, CA 92382

*Defendant — individually*

_____

Danny H. Cooprider

STIPULATED MOTION TO STAY ACTION PENDING PERFORMANCE OF SETTLEMENT AGREEMENT - 4

Danny H. Cooprider
1703 W. Rovey Ave.
Phoenix, AZ 85015
Telephone: 303-378-8161
Email: dhcooprider@gmail.com
Plaintiff, *In Propria Persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DANNY H. COOPRIDER<br><br>        Plaintiff,<br><br>vs.<br><br>C.A.T. EXTERIORS, INC., AN ARIZONA CORPORATION; KENSINGTON MARKETING GROUP, LLC, A WYOMING LIMITED LIABILITY COMPANY; AND RYAN T. CONNET, AN INDIVIDUAL,<br><br>        Defendant | Case No.: CV-26-1602-PHX-DWL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY ACTION PENDING PERFORMANCE OF SETTLEMENT AGREEMENT |

The Court, having considered the Stipulated Motion to Stay Action Pending Performance of Settlement Agreement, and good cause appearing, hereby **GRANTS** the Motion.

All proceedings, deadlines, and obligations in this Action are **STAYED** through and including June 19, 2026, or until Plaintiff files the Stipulation of Dismissal with prejudice, whichever occurs first. The Court retains jurisdiction throughout the stay period and following any dismissal of this Action to enforce the Parties' Settlement Agreement.

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY ACTION PENDING PERFORMANCE OF SETTLEMENT AGREEMENT - 1

**IT IS SO ORDERED.**


Dated this _____ day of _____, 2026.


_____

**Hon. Dominic W. Lanza**

United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY ACTION PENDING PERFORMANCE OF SETTLEMENT AGREEMENT - 2