**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Danny H Cooprider,

Plaintiff,

v.

C.A.T. Exteriors Incorporated, et al.,

Defendants.

**NO. CV-26-01602-PHX-DWL**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed May 19, 2026, judgment of dismissal is, and the complaint and action are dismissed.

Daniel R. McAllister
District Court Executive/Clerk of Court

July 23, 2026

By s/ D. Draper
Deputy Clerk